[Department One. — August 9, 1883.]

JOSEPH BURNS ET AL., RESPONDENTS, v. WADSWORTH HODGDON, APPELLANT.

ESTOPPEL — JUDGMENT — AFTER-ACQUIRED TITLE. — A judgment in ejectment is not a bar as against a title not in issue in the action.

APPEAL from a judgment of the Superior Court of the county of Sacramento.

Action to quiet title to a city lot. The defendant relied upon estoppel by a former judgment, in an action of ejectment between the same parties. After the commencement of the action of ejectment, and prior to the judgment therein, the plaintiffs acquired by purchase the title relied upon by them in this action.

*M. L. G. O'Brien,* and *S. Solon Holl,* for Appellant.

*Freeman & Bates,* for Respondents.

ROSS, J. — This case comes up upon the judgment roll. The point made for the defendant is that the plaintiffs are concluded by the judgment rendered in a certain action entitled *Hodgdon* v. *Griffin et al.*

As conclusive against the defendant on this point, it is suffi-

cient to refer to the sixth finding of the court below, which reads: "The right, title, and claim now set up by the plaintiffs herein are not the same which were tried and determined in said suit brought by said Hodgdon, but the plaintiffs here have title in fee to said premises, and a right to the possession thereof, which were not tried nor determined, nor within any of the issues involved in said suit brought by Wadsworth Hodgdon."

Judgment affirmed.

McKINSTRY, J., and McKEE, J., concurred.